| | |
|---|---|
| David C. Parisi (SBN 162248) | Eugene Y. Turin (*pro hac vice*) |
| dcparisi@parisihavens.com | eturin@mcgpc.com |
| PARISI & HAVENS LLP | MCGUIRE LAW, P.C. |
| 212 Marine Street, Ste. 100 | 55 W. Wacker Dr., 9th Fl. |
| Santa Monica, CA 90405 | Chicago, IL 60601 |
| Tel: (818) 990-1299 | Tel: (312) 893-7002 |
| Fax: (818) 501-7852 | Fax: (312) 275-7895 |

Attorneys for Plaintiff ANTHONY OLIVER

| | |
|---|---|
| Christopher C. Wager (*pro hac vice*) | Charles R. Messer (SBN 101094) |
| ccwager@vorys.com | messerc@cmtlaw.com |
| John L Landolfi (*pro hac vice*) | Stephen A. Watkins (SBN 128509) |
| jllandolfi@vorys.com | watkinss@cmtlaw.com |
| VORYS SATER SEYMOUR AND PEASE LLP | David J. Kaminski (SBN 205175) |
| | kaminskid@cmtlaw.com |
| 52 East Gay Street | CARLSON AND MESSER LLP |
| Columbus, OH 43215 | 5901 West Century Boulevard, Ste. 1200 |
| Tel: (614) 464-6400 | Los Angeles, CA 90045 |
| Fax: (614) 719-4816 | Tel: (310) 242-2200 |
| | Fax: (310) 242-2222 |

Attorneys for Defendant THE MEN'S WEARHOUSE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE MEN'S WEARHOUSE, a Texas corporation<br><br>Defendant. | CASE NO. 2:16-CV-01100-TJH-AS<br><br>**STATUS REPORT**<br><br>Honorable Terry J. Hatter, Jr.<br><br>Magistrate Judge Alka Sagar |

Plaintiff Anthony Oliver and Defendant The Men's Wearhouse, through their undersigned counsel, hereby jointly submit this status report to the Court pursuant to this Court's March 22, 2018 Order. (Dkt. 66.)

1. After extensive negotiations, the Parties have recently reached a settlement in principle to resolve this litigation on a class-wide basis.

2. The Parties need additional time to finalize and execute the settlement agreement, as well as to prepare the necessary documents to move this Court for preliminary approval of the settlement.

3. Accordingly, the Parties propose that the Court allow until July 13, 2018 for the Parties to draft and execute a final settlement agreement, and until August 17, 2018 for Plaintiff to move the Court for preliminary approval of the settlement.

DATED: May 30, 2018         Respectfully Submitted,

                            By: /s/ Eugene Y. Turin
                                Eugene Y. Turin (*pro hac vice*)
                                *Attorney for Plaintiff and the*
                                *Putative Class*

DATED: May 30, 2018         Respectfully Submitted,

                            By: /s/ Christopher C. Wager
                                Christopher C. Wager
                                (*pro hac vice*)
                                *Attorneys for Defendant The*
                                *Men's Wearhouse*

1 | <u>Local Rule 5-4.3.4 Attestation</u>

2 |     I attest that Defendant's counsel, Christopher C. Wager, concurs in this filing's content and has authorized the filing.

DATED:  May 30, 2018            /s/ Eugene Y. Turin
                                              Eugene Y. Turin