# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

THE MEN'S WEARHOUSE, a Texas corporation

Defendant.

CASE NO. 2:16-CV-01100-TJH-ASx

**ORDER REGARDING SETTLEMENT DEADLINES  [67]**

Honorable Terry J. Hatter, Jr.

Magistrate Judge Alka Sagar

The Court, having reviewed the Status Report filed by the Parties on May 29, 2018 (Dkt. 67) and finding good cause, hereby issues an Order as follows:

1.    The Parties will have until July 13, 2018 to draft and execute a final settlement agreement;

2.    Plaintiff will move the Court for preliminary approval of the settlement on or before August 17, 2018.

IT SO ORDERED.

Date: June 4, 2018

_____
Honorable Terry J. Hatter, Jr.
United States District Judge