David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

Eugene Y. Turin (*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895

Attorneys for Plaintiff ANTHONY OLIVER

Christopher C. Wager (*pro hac vice*)
ccwager@vorys.com
John L Landolfi (*pro hac vice*)
jllandolfi@vorys.com
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Tel: (614) 464-6400
Fax: (614) 719-4816

Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
Stephen A. Watkins (SBN 128509)
watkinss@cmtlaw.com
David J. Kaminski (SBN 205175)
kaminskid@cmtlaw.com
CARLSON AND MESSER LLP
5901 West Century Boulevard, Ste. 1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant THE MEN'S WEARHOUSE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE MEN'S WEARHOUSE, a Texas corporation<br><br>Defendant. | CASE NO. 2:16-CV-01100-TJH-AS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: October 1, 2018<br>Hearing Time: UNDER SUBMISSION<br>Location: Courtroom 9B<br>Honorable Terry J. Hatter, Jr. |

**TO DEFENDANT AND ITS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on October 1, 2018, or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Courtroom 9B, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Anthony Oliver will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the class action settlement reached between the Parties in this matter.

The basis for this Motion is that the Parties in this matter have reached a Settlement in this matter involving alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"), related to Defendant The Men's Wearhouse's ("Men's Wearhouse" or "Defendant") transmission of allegedly unauthorized excess text message advertisements. The Settlement provides for significant compensation for the Settlement Class Members, including a $20 voucher good for merchandise at Men's Wearhouse' stores, as well as the ability to claim $10 cash. Because the Settlement is fair, reasonable, and adequate, and because the proposed Settlement Class meets all of the requirements to be conditionally certified under Fed. R. Civ. P. 23, Plaintiff respectfully requests that this Court: (1) preliminarily approve the proposed Settlement Agreement; (2) provisionally certify the Class for settlement purposes; (3) appoint Anthony Oliver as Class Representative; (4) appoint Myles McGuire, Eugene Y. Turin, and Evan M. Meyers of McGuire Law, P.C. as Class Counsel; (5) approve the form and dissemination of notice to Class Members; (6) schedule a final approval hearing; and (7) grant such further relief as the Court deems reasonable and just.

Plaintiff's Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities in Support, including the Declaration of Eugene Y. Turin and the other exhibits attached thereto; any other papers on file in this matter, and upon evidence or argument that may be presented at or before the hearing on this

Motion.

LOCAL RULE 7-3: Plaintiff's Counsel and Defendant's Counsel have met and conferred regarding the relief sought by this Motion and Defendant's Counsel has represented that Defendant does not oppose the relief sought.

Dated: August 21, 2018  Respectfully submitted,

By: /s/ Eugene Y. Turin
    Eugene Y. Turin

David C. Parisi (SBN 162248)
dcparis@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

Eugene Y. Turin (*pro hac vice*)
eturin@mcgpc.com
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002

*Attorneys for Plaintiff and Proposed Class Counsel*

# CERTIFICATE OF SERVICE

I, Eugene Y. Turin, an attorney, certify that on August 21, 2018, I filed the foregoing Plaintiff's *Notice of Motion* and *Unopposed Motion for Preliminary Approval of Class Action Settlement* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record:

Charles R. Messer
Messerc@cmtlaw.com
Stephen A. Watkins
Watkinss@cmtlaw.com
David J. Kaminski
Kaminskid@cmtlaw.com
CARLSON AND MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, California 90045

Christopher C Wager
ccwager@vorys.com
John L Landolfi
jllandolfi@vorys.com
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215

/s/ Eugene Y. Turin