| | |
|---|---|
| David C. Parisi (SBN 162248) | Eugene Y. Turin (*pro hac vice*) |
| dcparisi@parisihavens.com | eturin@mcgpc.com |
| PARISI & HAVENS LLP | MCGUIRE LAW, P.C. |
| 212 Marine Street, Ste. 100 | 55 W. Wacker Dr., 9th Fl. |
| Santa Monica, CA 90405 | Chicago, IL 60601 |
| Tel: (818) 990-1299 | Tel: (312) 893-7002 |
| Fax: (818) 501-7852 | Fax: (312) 275-7895 |

Attorneys for Plaintiff ANTHONY OLIVER

| | |
|---|---|
| Christopher C. Wager (*pro hac vice*) | Charles R. Messer (SBN 101094) |
| ccwager@vorys.com | messerc@cmtlaw.com |
| John L Landolfi (*pro hac vice*) | Stephen A. Watkins (SBN 128509) |
| jllandolfi@vorys.com | watkinss@cmtlaw.com |
| VORYS SATER SEYMOUR AND PEASE LLP | David J. Kaminski (SBN 205175) |
| | kaminskid@cmtlaw.com |
| 52 East Gay Street | CARLSON AND MESSER LLP |
| Columbus, OH 43215 | 5901 West Century Boulevard, Ste. 1200 |
| Tel: (614) 464-6400 | Los Angeles, CA 90045 |
| Fax: (614) 719-4816 | Tel: (310) 242-2200 |
| | Fax: (310) 242-2222 |

Attorneys for Defendant THE MEN'S WEARHOUSE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE MEN'S WEARHOUSE, a Texas corporation<br><br>Defendant. | CASE NO. 2:16-CV-01100-TJH-AS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD**<br><br>Hearing Date: March 18, 2019<br>Hearing Time: 10:00 am<br>Location: Courtroom 9B<br>Honorable Terry J. Hatter, Jr. |

**TO DEFENDANT AND ITS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on March 18, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Courtroom 9B, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Anthony Oliver will and hereby does move this Court for an award of attorneys' fees, costs, and service award.

The basis for this Motion is that the Parties in this matter have reached a Settlement in this matter involving alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"), related to Defendant The Men's Wearhouse's ("Men's Wearhouse" or "Defendant") transmission of allegedly unauthorized excess text message advertisements that provides for significant compensation for the Settlement Class Members, including a $20 voucher good for merchandise at Men's Wearhouse' stores, as well as the ability to claim $10 cash, providing a total benefit to the Settlement Class Members amounting to $1.8 million. As such, Plaintiff respectfully requests that this Court enter an order: (1) granting Class Counsel's application for an award of reasonable attorneys' fees and costs in the amount of $450,000, amounting to 25% of the Settlement Fund; and (2) approving a service award for Class Representative Anthony Oliver in the amount of $5,000.

Plaintiff's Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities in Support, including the Declaration of Eugene Y. Turin and David C. Parisi, and the other exhibits attached thereto; any other papers on file in this matter, and upon evidence or argument that may be presented at or before the hearing on this Motion.

LOCAL RULE 7-3: Plaintiff's Counsel and Defendant's Counsel have met and conferred regarding the relief sought by this Motion and Defendant's Counsel has represented that Defendant does not oppose the relief sought.

| | | |
|---|---|---|
|1| | |
|2|Dated:  January 16, 2019|Respectfully submitted,|
|3| | |
|4| |By: /s/ Eugene Y. Turin|
| | |Eugene Y. Turin|
|5| | |
|6| |David C. Parisi (SBN 162248)|
| | |dcparis@parisihavens.com|
|7| |Suzanne Havens Beckman (SBN 188814)|
| | |shavens@parisihavens.com|
|8| |PARISI & HAVENS LLP|
|9| |212 Marine Street, Ste. 100|
| | |Santa Monica, CA 90405|
|10| |Tel: (818) 990-1299|
|11| | |
|12| |Eugene Y. Turin (*pro hac vice*)|
| | |eturin@mcgpc.com|
|13| |55 W. Wacker Dr., 9th Fl.|
| | |Chicago, IL 60601|
|14| |Tel: (312) 893-7002|
|15| | |
|16| |*Attorneys for Plaintiff and Proposed Class Counsel*|

16-CV-01100-TJH-AS

## CERTIFICATE OF SERVICE

I, Eugene Y. Turin, an attorney, certify that on January 16, 2019, I filed the foregoing Plaintiff's *Notice of Motion* and *Motion for Attorneys' Fees, Costs, and Service Award* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record:

Charles R. Messer
Messerc@cmtlaw.com
Stephen A. Watkins
Watkinss@cmtlaw.com
David J. Kaminski
Kaminskid@cmtlaw.com
CARLSON AND MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, California 90045

Christopher C Wager
ccwager@vorys.com
John L Landolfi
jllandolfi@vorys.com
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215

/s/ Eugene Y. Turin