David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

Eugene Y. Turin (*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895

Attorneys for Plaintiff ANTHONY OLIVER

Christopher C. Wager (*pro hac vice*)
ccwager@vorys.com
John L Landolfi (*pro hac vice*)
jllandolfi@vorys.com
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Tel: (614) 464-6400
Fax: (614) 719-4816

Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
Stephen A. Watkins (SBN 128509)
watkinss@cmtlaw.com
David J. Kaminski (SBN 205175)
kaminskid@cmtlaw.com
CARLSON AND MESSER LLP
5901 West Century Boulevard, Ste. 1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant THE MEN'S WEARHOUSE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE MEN'S WEARHOUSE, a Texas corporation<br><br>Defendant. | CASE NO. 2:16-CV-01100-TJH-AS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: March 18, 2019<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 9B<br>Honorable Terry J. Hatter, Jr. |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 18, 2019, or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Courtroom 9B, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Anthony Oliver will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 23 for final approval of the Class Action Settlement reached between the Parties in this matter.

The basis for this Motion is that the Class Representative, Anthony Oliver, seeks entry of an Order giving final approval to the Class Action Settlement Agreement reached by the Parties in this action that was preliminarily approved by the Court on November 16, 2018. Because notice of the Settlement was sent to the putative class members pursuant to the notice plan approved by the Court; because there have been no objections to the Settlement; and because the Settlement is fair, reasonable, and adequate; Plaintiff respectfully requests that this Court enter an Order: (1) granting final approval to the Class Action Settlement; and (2) approving Plaintiff's request for attorneys' fees, expenses, and a service award.

Plaintiff's Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities in Support, including the Declaration of Eugene Y. Turin and the other exhibits attached thereto; Plaintiff's previously-filed Motion for Attorneys' Fees, Expenses and Service Award; the pleadings and papers on file in this action; and any evidence or argument that may be presented at or before the hearing on this Motion.

LOCAL RULE 7-3: Plaintiff's Counsel and Defendant's Counsel have met and conferred regarding the relief sought by this Motion and Defendant's Counsel has represented that Defendant does not oppose the relief sought.

1 | Dated: March 4, 2019           Respectfully submitted,

3 |                                By: /s/ Eugene Y. Turin
                                        Eugene Y. Turin

5 |                                David C. Parisi (SBN 162248)
                                   dcparis@parisihavens.com
6 |                                Suzanne Havens Beckman (SBN 188814)
                                   shavens@parisihavens.com
7 |                                PARISI & HAVENS LLP
                                   212 Marine Street, Ste. 100
8 |                                Santa Monica, CA 90405
                                   Tel: (818) 990-1299

                                   Eugene Y. Turin (*pro hac vice*)
                                   eturin@mcgpc.com
                                   55 W. Wacker Dr., 9th Fl.
                                   Chicago, IL 60601
                                   Tel: (312) 893-7002

                                   *Attorneys for Plaintiff and Class Counsel*

16-CV-01100-TJH-AS

## **CERTIFICATE OF SERVICE**

I, Eugene Y. Turin, an attorney, certify that on March 4, 2019, I filed the foregoing Plaintiff's *Notice of Motion* and *Unopposed Motion for Final Approval of Class Action Settlement* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record:

Charles R. Messer
Messerc@cmtlaw.com
Stephen A. Watkins
Watkinss@cmtlaw.com
David J. Kaminski
Kaminskid@cmtlaw.com
CARLSON AND MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, California 90045

Christopher C Wager
ccwager@vorys.com
John L Landolfi
jllandolfi@vorys.com
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215

                                        /s/ Eugene Y. Turin